UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Case No:17-42569
Chapter 7
Hon: MCIVOR

William And Stefanie Vinton
Debtor(s).
_____________________________________/

CHRISTOPHER E. FRANK (P67169)
cfrank@theleducgroup.com
Leduc Frank
Attorney for Creditor
P.O. Box 2188
Royal Oak, MI 48068
248-268-2224

Marshall Schultz
24100 Southfield Rd.
Ste 203
Southfield, MI 48075
(248) 559-6930
_____________________________________/

ORDER TO TERMINATE THE AUTOMATIC STAY

IT IS HEREBY STIPULATED AND ORDERED between the parties herein, that the automatic stay shall be terminated as to Creditor, Credit Union One, said creditor having a validly perfected interest in 2008 Starcraft Travel Star.

IT IS FURTHER ORDERED that the parties agree to waive the provision of FRBP 4001(a)(3).

IT IS FURTHER ORDERED that this Order shall be effective despite any conversion of the case to another chapter of Title 11 of the United States Bankruptcy Code.

.

**Signed on April 06, 2017**

/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge